

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS

600 E. HARRISON STREET, #301
BROWNSVILLE, TEXAS 78520-7114

**ANDREW S. HANEN**
U.S. DISTRICT JUDGE

TEL: (956) 548-2591
FAX: (956) 548-2612

May 12, 2006

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301, One Columbus Circle, N.E.
Washington, D.C. 20544

*Via-Federal Express*
*Tracking No. 8361 0761 0280*

Re:    Amendment to Financial Disclosures for Judge Andrew S. Hanen

Dear Sir/Madam:

In preparation of my 2005 report, I realized that in all prior years I have inadvertedly failed to report residual money market reserve funds for the three (3) IRA accounts. Therefore, the IRA - Account # 1 should have been reported:

| | IRA - Account #1 | C | Interest | M | T | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | -Treasury Strips | | | | | | | | |
| | -Money Mkt Reserves | | | | | | | | |

IRA Account #2 should have included an additional sub-account styled:

"- Money Mkt Reserves"

IRA Account #3 should have included an additional sub-account styled:

"- Money Mkt Reserves"

The inclusions of these accounts does not change any of the Income or Gross Value reporting for any year. All of the prior values stated for these three (3) IRA accounts were accurately reported. The only change is the recognition that these residual money market sub-accounts exist within those three (3) IRA accounts.

For your convenience, I have enclosed three (3) copies of this correspondence for your records.  Please let me know if you need any more information or if an additional filing is needed.

Yours truly,

Andrew S. Hanen
United States District Judge

ASH:am
Enclosures

| AO-10 (WP) Rev. 1/2006 | **FINANCIAL DISCLOSURE REPORT** | *Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111)* |
|---|---|---|
| | **FOR CALENDAR YEAR 2005** | |

| **1. Person Reporting** *(Last name, first, middle initial)* | **2. Court or Organization** | **3. Date of Report** |
|---|---|---|
| Hanen, Andrew Scott | United States District Court - Texas | May 12, 2006 |

| **4. Title** *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* | **5a. Report Type (check appropriate type)** | **6. Reporting Period** |
|---|---|---|
| | ___ Nomination, Date _____ | January 1, 2005 through December 31, 2005 |
| | ___ Initial   ✓ Annual   ___ Final | |
| United States District Judge - Active | **5b.** ___ Amended Report | |

| **7. Chambers or Office Address** | **8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 600 East Harrison Street, #301 Brownsville, Texas 78520 | Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

|  | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| ✔ | **NONE** (No reportable positions.) | |
| 1 | | |
| 2 | | |
| 3 | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

|  | DATE | PARTIES AND TERMS |
|---|---|---|
| ✔ | **NONE** (No reportable agreements.) | |
| 1 | | |
| 2 | | |

# III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

### A. Filer's Non-Investment Income

|  | DATE | SOURCE AND TYPE | INCOME |
|---|---|---|---|
| ✔ | **NONE** (No reportable non-investment income.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

|  | | |
|---|---|---|
| ☐ | **NONE** (No reportable non-investment income.) | |
| 1 | 2005 | Self-employed—Attorney |
| 2 | 2005 | UTB—Professor |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Andrew Scott Hanen | Date of Report<br>May 12, 2006 |
|---|---|---|

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements.) | |
| 1 | State Bar of Texas | Jan. 27-28 - Fort Worth, Texas - Board of Directors Meeting (airfare, hotel, and taxi)—Federal court liaison |
| 2 | American Conference Institute | Jan. 31 through Feb. 2 - New York, New York - Employment Practices Liability Insurance panelist (airfare, hotel, taxi, and meals) |
| 3 | South Texas College of Law—CLE | Feb. 17-18 - Houston, Texas - 2005 Advanced Civil Trial Law panelist (airfare, hotel, parking, and rental car) |
| 4 | State Bar of Texas | Apr. 7-8 - Austin, Texas - Board of Directors Meeting (airfare, parking, taxi, and hotel)—Federal court liaison |
| 5 | American Conference Institute | Apr. 20-22 - Chicago, Illinois - Obstetric Malpractice panelist (airfare, hotel, parking, taxi, and meals) |
| 6 | State Bar of Texas | June 22-24 - Dallas, Texas - Board of Directors Meeting (airfare, hotel, and parking)—Federal court liaison |
| 7 | National Association of Women Judges | Oct. 21 - Houston, Texas - 27th Annual Conference panelist (airfare, parking, gas, and rental car) |
| 8 | | |
| 9 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ✔ | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | NONE (No reportable liabilities.) | | |
| 1 | PPH Mortgage Services (f/k/a Cendant Mortgage) | Mgt on SPI, Texas Prop. (Part VII, Line 114) | N |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Andrew Scott Hanen | · | May 12, 2006 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 IRA - Account #1 | C | Interest | M | T | | | | | |
| 2 -Treasury Strips | | | | | | | | | |
| 3 -Money Mkt Reserves | | | | | | | | | |
| 4 IRA - Account #2 | A | Dividend | K | T | | | | | |
| 5 -Alliance Growth | | | | | Buy | 3/31 | J | | |
| 6 -Alliance Growth | | | | | Sale | 6/23 | J | A | |
| 7 -Janus Small Cap | | | | | Sale | 6/23 | J | A | |
| 8 -Nations Marsico | | | | | Buy | 3/31 | J | | |
| 9 -Nations Marsico | | | | | Sale | 6/23 | J | A | |
| 10 -Oppenheimer App. | | | | | Buy | 3/31 | J | | |
| 11 -Oppenheimer App. | | | | | Sale | 6/23 | J | A | |
| 12 -Oakmark Fund | | | | | Partial Sale | 3/31 | J | A | |
| 13 -Oakmark Fund | | | | | Sale | 6/23 | J | A | |
| 14 -Del. Group | | | | | Sale | 3/31 | J | A | |
| 15 -Fidelity Adv. Div. | | | | | Partial Sale | 1/19 | J | A | |
| 16 -Fidelity Adv. Div. | | | | | Partial Sale | 3/31 | J | A | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Andrew Scott Hanen | May 12, 2006 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 17 -Fidelity Adv. Div. | | | | | Sale | 6/23 | J | A | |
| 18 -Victory Diversified | | | | | Sale | 6/23 | J | A | |
| 19 -Hartford Growth | | | | | Sale | 6/23 | J | A | |
| 20 -Aim Small Growth | | | | | Buy | 3/31 | J | | |
| 21 -Aim Small Growth | | | | | Sale | 6/23 | J | A | |
| 22 -Baron Small Income | | | | | Buy | 3/31 | J | | |
| 23 -Baron Small Income | | | | | Sale | 6/23 | J | A | |
| 24 -Alliance Bernstein Initial Value | | | | | Buy | 3/31 | J | | |
| 25 -Alliance Bernstein Initial Value | | | | | Sale | 6/23 | J | A | |
| 26 -CDC NVEST | | | | | Buy | 7/5 | J | | |
| 27 -Gartmore Optimal | | | | | Buy | 7/5 | J | | |
| 28 -Hotchkis & Wiley | | | | | Buy | 7/5 | J | | |
| 29 -Money Mkt Reserves | | | | | | | | | |
| 30 IRA - Account #3 | B | Dividend | M | T | | | | | |
| 31 -Alliance Growth | | | | | Buy | 3/31 | J | | |
| 32 -Alliance Growth | | | | | Sale | 6/23 | J | A | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 33 -Janus Small Cap | | | | | Partial Sale | 3/31 | J | A | |
| 34 -Janus Small Cap | | | | | Sale | 6/23 | J | A | |
| 35 -Nations Marsico | | | | | Buy | 3/31 | J | | |
| 36 -Nations Marsico | | | | | Sale | 6/23 | J | A | |
| 37 -Oppenheimer App. | | | | | Buy | 3/31 | J | | |
| 38 -Oppenheimer App. | | | | | Sale | 6/23 | J | A | |
| 39 -Oakmark Fund | | | | | Partial Sale | 3/31 | J | A | |
| 40 -Oakmark Fund | | | | | Sale | 6/23 | J | A | |
| 41 -Del. Group | | | | | Sale | 3/31 | J | A | |
| 42 -Fidelity Adv. Div. | | | | | Partial Sale | 1/19 | J | A | |
| 43 -Fidelity Adv. Div. | | | | | Partial Sale | 3/31 | J | A | |
| 44 -Fidelity Adv. Div. | | | | | Sale | 6/23 | J | A | |
| 45 -Victory Diversified | | | | | Buy | 3/31 | J | | |
| 46 -Victory Diversified | | | | | Sale | 6/23 | J | A | |
| 47 -Hartford Growth | | | | | Sale | 6/23 | J | A | |
| 48 -Baron Small Cap | | | | | Buy | 3/31 | J | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Andrew Scott Hanen | May 12, 2006 |

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 49  -Baron Small Cap | | | | | Sale | 6/23 | J | A | |
| 50  -Alliance Bernstein Int. Value | | | | | Buy | 6/23 | J | | |
| 51  -Alliance Bernstein Int. Value | | | | | Sale | 6/23 | J | A | |
| 52  -Aim Small Cap | | | | | Buy | 3/31 | J | | |
| 53  -Aim Small Cap | | | | | Sale | 6/23 | J | A | |
| 54  -CDC NVEST | | | | | Buy | 7/5 | J | | |
| 55  -CDC NVEST | | | | | Buy | 8/12 | K | | |
| 56  -Gartmore Optimal | | | | | Buy | 7/5 | J | | |
| 57  -Gartmore Optimal | | | | | Buy | 8/12 | K | | |
| 58  -Hotchkis & Wiley | | | | | Buy | 7/5 | J | | |
| 59  -Hotchkis & Wiley | | | | | Buy | 8/12 | K | | |
| 60  -Money Mkt Reserves | | | | | | | | | |
| 61  Retirement Account #1 | B | Dividend | N | T | | | | | |
| 62  -Ret. Gov. MM | | | | | Roll over from 401K to IRA | 6/21 | N | A | |
| 63  -Ret. Gov. MM | | | | | Buy | 6/21 | N | | |
| 64  -Ret. Gov. MM | | | | | Sale | 10/21 | N | A | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 P4=More than $50,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 5 INVESTMENTS and TRUSTS -- income, value, transactions  (Includes those of
*spouse and dependent children. See pp. 34-60 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code1<br>(A-H) | (2)<br>Type<br>(e.g., div., rent or int.) | (1)<br>Value Code2<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, merger, redemption) | (2)<br>Date:<br>Month-Day | (3)<br>Value Code2<br>(J-P) | (4)<br>Gain Code1<br>(A-H) | (5)<br>Identity of buyer/seller<br>(if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 65   -Short Term Bond Fund | | | | | Buy | 10/21 | L | | |
| 66   -Ginnie Mae Fund | | | | | Buy | 10/21 | K | | |
| 67   -Mgt Security Fund | | | | | Buy | 10/21 | L | | |
| 68   -Marshall Bond Fund | | | | | Buy | 10/21 | L | | |
| 69   -Pax Balanced Fund | | | | | Buy | 10/21 | L | | |
| 70   -Bank CD | | | | | Buy | 10/21 | L | | |
| 71   -Cash Reserves | | | | | Buy | 10/21 | J | | |
| 72   Retirement Account #2 | A | Interest | L | T | | | | | |
| 73   -Guardian MFS Gov. | | | | | Sale | 2/15 | L | A | |
| 74   -SEI Stable Asset | | | | | Buy | 2/15 | L | | |
| 75   -SEI Stable Asset | | | | | (Sale) Roll over into IRA #3 | 8/1 | L | A | |
| 76   Brokerage Acct #1 | | | | | | | | | |
| 77   -Texas Pub. Fin. Auth. Municipal Bond | C | Interest | L | T | Sale | 8/1 | L | A | |
| 78   -Travis County Municipal Bonds | C | Interest | L | T | | | | | |
| 79   -Houston ISD Municipal Bonds | C | Interest | L | T | | | | | |
| 80   -Pearland ISD Municipal Bonds | C | Interest | L | T | | | | | |

| 1 | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001- $100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000<br>P4=More than $50,000,000 | L=$50,001- $100,000<br>P1=$1,000,001-$5,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

## VII. Page 6 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of
spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 81 -Killeen Tex. Municipal Bonds | C | Interest | L | T | | | | | |
| 82 -Katy Tex. ISD Municipal Bonds | C | Interest | L | T | | | | | |
| 83 -Lubbock Tx. Tax & Wtrworks Municipal Bonds | C | Interest | L | T | | | | | |
| 84 -Univ. Tex. Revs. Fin. Municipal Bond | D | Interest | L | T | | | | | |
| 85 -Southlake Tex L/T Water Municipal Bonds | D | Interest | L | T | | | | | |
| 86 -Georgetown ISD Municipal Bonds | C | Interest | L | T | | | | | |
| 87 -Ft. Worth Tex ISD Municipal Bonds | C | Interest | L | T | | | | | |
| 88 -UT Dev. Municipal Bonds | C | Interest | L | T | | | | | |
| 89 -Richardson Texas Municipal Bonds | C | Interest | L | T | | | | | |
| 90 -Allen Texas Rfdg. Municipal Bonds | C | Interest | L | T | | | | | |
| 91 -Plano ISD Municipal Bonds | D | Interest | L | T | | | | | |
| 92 -Tax Free Money Market | C | Interest | M | T | | | | | |
| 93 Brokerage Acct #2 | | | | | | | | | |
| 94 -Del Valle ISD Municipal Bonds | D | Interest | L | T | | | | | |
| 95 -DeSoto Tex ISD Municipal Bonds | C | Interest | L | T | | | | | |
| 96 -Aldine Tex ISD Municipal Bonds | D | Interest | L | T | | | | | |
| 97 -Canadian Riv. Mun. Municipal Bonds | D | Interest | M | T | | | | | |
| 98 -Houston Tex Water Municipal Bonds | D | Interest | M | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| --- | --- | --- | --- | --- | --- | --- |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 7 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 99  -Brownsville Tex Municipal Bonds | C | Interest | L | T | | | | | |
| 100  -Lower Col. Riv. Auth. Municipal Bonds | C | Interest | L | T | | | | | |
| 101  -Arlington Texas ISD Municipal Bonds | D | Interest | M | T | | | | | |
| 102  -Harris County Municipal Bonds | D | Interest | M | T | | | | | |
| 103  -University of N. Tex Municipal Bonds | B | Interest | K | T | | | | | |
| 104  -Aldine Tex ISD Zero Coupon Municipal Bonds | B | Interest | K | T | | | | | |
| 105  -Tex. A&M rev. Zero Coupon Mun. Bonds | B | Interest | K | T | | | | | |
| 106  -Gal. Texas Pub. Zero Coupon Mun. Bonds | B | Interest | K | T | | | | | |
| 107  -Houston Tex ISD Zero Coupon Municipal Bonds | B | Interest | K | T | | | | | |
| 108  -Houston Tex Wtr & Swr Zero Coupon Municipal Bonds | B | Interest | K | T | | | | | |
| 109  -Houston Tex ISD Zero Coupon Municipal Bonds | B | Interest | K | T | | | | | |
| 110  -Sharyland ISD Municipal Bonds | C | Interest | L | T | | | | | |
| 111  -CMA Tax Exempt Money Market | B | Interest | M | T | | | | | |
| 112  -Bank Money Market | A | Interest | J | T | | | | | |
| 113  Texas State Bank | A | Interest | K | T | | | | | |
| 114  Garage - SPI Tex. Prop. | B | Rent | O | Q | | | | | |
| 115  Northwestern Mutual EOL Life Ins #117 | A | Dividend | J | T | | | | | |
| 116  Northwestern Mutual EOL Life Ins #714 | A | Dividend | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Andrew Scott Hanen | May 12, 2006 |

## VII. Page 8 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 117 Northwestern Mutual Whole Life Ins #642 | A | Dividend | J | T | | | | | |
| 118 Northwestern Mutual Whole Life Ins #817 | C | Dividend | L | T | | | | | |
| 119 Northwestern Mutual Whole Life Ins #811 | C | Dividend | L | T | | | | | |
| 120 Northwestern Mutual EOL Life #840 | C | Dividend | K | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

**NOTES ON INVESTMENTS AND TRUSTS:**

**Part VI**

1.    The mortgage listed on the property in Part VI was refinanced with the same mortgage company.  Technically, the old mortgage was paid off and a new one was installed in its place.

**Part VII**

2.    Retirement Account #1 listed on line 34 of last year's report and on line 61 of this year's report was rolled over from its 401(K) status to IRA status on June 21, 2005.  The funds initially remained invested in Ret. Gov. MM, but in the new IRA status.  On October 18, 2005, they were reinvested in the following: Short Term Bond Fund, Ginnie Mae Fund, Mortgage Security Fund, Marshall Bond Fund, Pax Balanced Fund, a Bank CD and Cash Reserves.  All are still under the same brokerage firm umbrella.  Those transactions are detailed in Section VII.

3.    Retirement Account #2 listed on line 36 of last years report and line 72 of this year's report was changed by the administrator of the plan from one investment firm to another (that transaction is listed on lines 73 and 74) and then eventually rolled over into IRA Account #3 listed on line 18 of last year's report and line 30 of this year's report.  Specifically, on February 15, 2005, the Retirement Account #2 was changed by the Administrator from Guardian to Hartford.  As a consequence, the funds went from Guardian MFS Gov. Fund to Hartford SEI Asset Fund.  The funds remained invested in the SEI Stable Asset Fund until August 1, 2005 when they were rolled into the IRA Account #3 on (see line 75).  Therefore, Retirement Account #3 no longer exists and will not appear on future reports.  All of these transactions are detailed in Section VII.

4.    The municipal bonds in Allen Texas on line 52 of last year's report and on line 90 of this year's report was exchanged by the issuer for an equal amount and number of the same bonds.  This was done by the issuer, there was no gain or loss, and so this was not listed as a sale and repurchase.

5.    The date of the appraisal for the SPI property listed on line 114 of Section VII and referenced in Section VI is April 25, 2005.

6.    The money market aspects of IRA Account #1 (Part VII, line 3), IRA Account #2 (Part VII, line 29), and IRA Account #3 (Part VII, line 60) were inadvertently omitted from prior reports.  A letter amending those prior reports has been sent by separate cover.  The three money market sub-accounts are used to hold excess funds when a sale or deposit is made prior to reinvestment or to contain funds while they accumulate for further reinvestment.  Their inclusion on this year's report or on the reports prior to this year does not alter any income or gross value code reporting for any of the respective IRA accounts.

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

7.    The values for the municipal bonds listed in Section VII are maturity values.

8.    The sale of the Texas Pub. Fin. Auth. Municipal bonds listed on line 77 of Section VII was the result of the bonds reaching their maturity date.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date ___5/12/06___

NOTE:  ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
 United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544